JS-6


FILED
CLERK, U.S. DISTRICT COURT
April 27, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Teledyne Risi, Inc. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 15-07936 SJO (GJSx) |
| v. | |
| Martin-Baker Aircraft Company Ltd. et al | JUDGMENT ON THE VERDICT FOR DEFENDANT(S) |
| DEFENDANT(S). | |

    This action having been tried before the Court sitting with a jury, the Honorable S. James Otero, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff, Teledyne Risi, Inc., take nothing; that the action be dismissed on the merits; and that the defendant, Martin-Baker Aircraft Company Ltd., recover of the plaintiff(s) its costs of action.

Clerk, U. S. District Court

Dated: April 27, 2018

By: /S/ Victor Cruz
Deputy Clerk

At: Los Angeles, California

cc: Counsel of record